# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 22, 2018

## NO. 03-18-00245-CV

**Texas Commissioner of Education and
Mission Consolidated Independent School District, Appellants**

**v.**

**Dr. Maria Solis, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on April 11, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.